# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SHARLEEN M. RELLICK-SMITH, | : | No. 119 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BETTY J. RELLICK AND KIMBERLY V. VASIL, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of October, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner is:

a. Whether the Superior Court erred in affirming the Trial Court's decision to allow the Respondents to file an amended answer to include the [affirmative] defense that the action was barred by the statute of limitations due to the issue having already been determined to be waived by the Trial Court.